| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>8HOLLANDER, ELLEN L. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 3. Date of Report<br><br>05/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF TRUSTEES | GOUCHER COLLEGE |
| 2. | BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989-2011 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | MARYLAND STATE RETIREMENT AGENCY | $100,505.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | SELF-EMPLOYED, ADVERTISING/MARKETING |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **8HOLLANDER, ELLEN L.** | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. COMCAST - COMMON STOCK | A | Dividend | J | T | | | | | |
| 3. IBM - COMMON STOCK | C | Dividend | M | T | | | | | |
| 4. VERIZON COMMUNICATIONS - COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. IDEARC - COMMON STOCK (y) | | | | | | | | | |
| 6. ISRAELI BONDS - VARIOUS | A | Interest | J | T | Matured (part) | 12/01/11 | J | A | |
| 7. METLIFE POLICYHOLDER - TRUST INTERESTS | A | Dividend | J | T | | | | | |
| 8. BROKERAGE ACCOUNTS: | | | | | | | | | |
| 9. WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Interest | J | T | | | | | |
| 10. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 11. EVERGREEN MONEY MARKET FUND (y) | | | | | | | | | |
| 12. CMA TAX EXEMPT FUND (y) | | | | | | | | | |
| 13. CMA GOVT SECURITIES FUND (y) | | | | | | | | | |
| 14. ALCON, INC - COMMON | | None | | | Sold | 03/18/11 | J | B | |
| 15. ANSYS, INC - COMMON | | None | K | T | | | | | |
| 16. APACHE CORP - COMMON | | None | J | T | | | | | |
| 17. CHICAGO BRIDGE & IRON CO-NV (y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CISCO SYSTEMS, INC - COMMON | A | Dividend | J | T | Sold (part) | 06/22/11 | J | A | |
| 19. | | | | | Sold (part) | 05/03/11 | J | A | |
| 20. COVANCE, INC - COMMON (y) | | | | | | | | | |
| 21. CONSOLIDATED ENERGY - COMMON (y) | | | | | | | | | |
| 22. DENTSPLY INTERNATIONAL, INC - COMMON | A | Dividend | J | T | | | | | |
| 23. CONSOLIDATED EDISON-COMMON | A | Dividend | J | T | | | | | |
| 24. EXPEDITORS INTL OF WASH INC- COMMON | A | Dividend | K | T | | | | | |
| 25. FASTENAL CO - COMMON | B | Dividend | L | T | Sold (part) | 09/22/11 | J | D | |
| 26. | | | | | Sold (part) | 01/18/11 | J | D | |
| 27. | | | | | Sold (part) | 05/19/11 | J | D | |
| 28. | | | | | Sold (part) | 08/01/11 | J | C | |
| 29. | | | | | Sold (part) | 09/20/11 | J | D | |
| 30. | | | | | Sold (part) | 09/22/11 | J | D | |
| 31. | | | | | Sold (part) | 11/30/11 | J | C | |
| 32. AMERICAN TOWER CORP A - COMMON | A | Dividend | J | T | | | | | |
| 33. MARKEL CORP - COMMON | | None | J | T | | | | | |
| 34. IDEXX LAB, INC - COMMON | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTEL CORP - COMMON | B | Dividend | K | T | Sold (part) | 07/11/11 | J | D | |
| 36. IRON MOUNTAIN, INC - COMMON | A | Dividend | | | Sold (part) | 02/03/11 | J | A | |
| 37. | | | | | Sold (part) | 02/09/11 | J | B | |
| 38. | | | | | Sold | 02/10/11 | J | A | |
| 39. JACOBS ENGINEERING GROUP - COMMON | | None | K | T | | | | | |
| 40. J&J - COMMON | A | Dividend | J | T | | | | | |
| 41. K-TRON INTERNATIONAL - COMMON (y) | | | | | | | | | |
| 42. ULTRA PETROLEUM - COMMON | | None | J | T | Sold (part) | 12/29/11 | J | A | |
| 43. MONSANTO CO - COMMON (y) | | | | | | | | | |
| 44. PAYCHEX, INC - COMMON | A | Dividend | J | T | Sold (part) | 06/22/11 | J | A | |
| 45. POTASH CORP OF SASKATCHEWAN - COMMON | A | Dividend | J | T | Buy (add'l) | 11/30/11 | J | | |
| 46. QUALCOMM, INC - COMMON | A | Dividend | K | T | | | | | |
| 47. RESMED, INC - COMMON (y) | | | | | | | | | |
| 48. RIO TINTO ADR EACH - COMMON (y) | | | | | | | | | |
| 49. ROPER INDUSTRIES - COMMON | A | Dividend | K | T | | | | | |
| 50. SCHLUMBERGER, LTD - COMMON | A | Dividend | K | T | Sold (part) | 01/28/11 | J | B | |
| 51. | | | | | Sold (part) | 04/21/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SMITH INTERNATIONAL - COMMON (y) | | | | | | | | | |
| 53. STERICYCLE - COMMON | | None | J | T | Sold (part) | 08/01/11 | J | B | |
| 54. STRYKER CORP - COMMON (y) | | | | | | | | | |
| 55. T ROWE PRICE GROUP - COMMON | A | Dividend | K | T | Sold (part) | 02/01/11 | J | D | |
| 56. TECHNE CORP - COMMON | A | Dividend | J | T | Sold (part) | 05/31/11 | J | D | |
| 57. | | | | | Sold (part) | 03/11/11 | J | B | |
| 58. TEVA PHARMACEUTICALS - ORD SHARES | A | Dividend | K | T | Buy (add'l) | 10/21/11 | J | | |
| 59. TRIMBLE NAVIGATION - COMMON | | None | K | T | Sold (part) | 01/31/11 | J | C | |
| 60. | | | | | Sold (part) | 01/28/11 | J | B | |
| 61. | | | | | Sold (part) | 03/08/11 | J | B | |
| 62. WR BERKLEY & CO - COMMON (y) | | | | | | | | | |
| 63. ARTISAN SM CAP VALUE INVESTOR FUND | A | Dividend | J | T | | | | | |
| 64. AMERICAN FUNDS AMERICAN BALANCED F-1 | A | Dividend | J | T | | | | | |
| 65. AMERICAN FUNDS GROWTH FUND OF AMERICA F-1 | A | Dividend | J | T | | | | | |
| 66. BLACKROCK GLOBAL ALLOCATION INSTL FUND | A | Dividend | J | T | | | | | |
| 67. DAVIS NY VENTURE FUND - CLASS A | A | Dividend | J | T | | | | | |
| 68. FIRST EAGLE GLOBAL FUND, CLASS A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HARTFORD MUTUAL FUNDS - HARTFORD MIDCAP I | A | Dividend | J | T | | | | | |
| 70. IVY FUNDS - IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |
| 71. PERKINS MID CAP VALUE FUND I | A | Dividend | J | T | | | | | |
| 72. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 73. T ROWE PRICE MD TAX FREE BOND FUND | A | Interest | J | T | | | | | |
| 74. PIONEER CULLEN VALUE | A | Dividend | J | T | | | | | |
| 75. JP MORGAN MID CAP VALUE FUND, CLASS A (y) | | | | | | | | | |
| 76. VERIZON COMMUNICATIONS - COMMON | A | Dividend | J | T | | | | | |
| 77. JANUS MID CAP VALUE FD I (y) | | | | | | | | | |
| 78. BEACON ROOFING SUPPLY, INC. - COMMON | | None | J | T | Buy | 03/17/11 | J | | |
| 79. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 80. QUANTA SERVICES, INC. - COMMON | | None | J | T | Buy | 01/31/11 | J | | |
| 81. LKQ CORP - COMMON | | None | K | T | Buy | 01/24/11 | J | | |
| 82. | | | | | Buy (add'l) | 02/24/11 | J | | |
| 83. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 84. CELGENE CORP - COMMON (x) | | None | J | T | Buy (add'l) | 01/12/11 | J | | |
| 85. RENAISSANCERE HLDGS LTD - COMMON | A | Dividend | | | Buy | 04/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/20/11 | J | A | |
| 87. AGNICO EAGLE MINES LTD - COMMON (x) | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 88. ADTRAN, INC - COMMON (x) | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 89. DEALERTRAK HOLDINGS, INC - COMMON (x) | | None | J | T | | | | | |
| 90. UNIT CORP - COMMON (x) | | None | J | T | | | | | when purchased? |
| 91. ECOLAB, INC - COMMON | A | Dividend | J | T | Buy | 03/08/11 | J | | |
| 92. | | | | | Buy (add'l) | 07/20/11 | J | | |
| 93. GARDNER DENVER, INC - COMMON | | None | J | T | Buy | 12/29/11 | J | | |
| 94. II-VI, INC - COMMON | | None | J | T | Buy | 07/27/11 | J | | |
| 95. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 96. VISA, INC - CL A SHARES (x) | A | Dividend | J | T | | | | | |
| 97. FRONTIER COMMUNICATIONS, INC. - COMMON (x) | A | Dividend | J | T | | | | | |
| 98. THREE D SYSTEMS NEW - COMMON | | None | J | T | Buy | 05/12/11 | J | | |
| 99. IRA ACCOUNT #1: | | | | | | | | | |
| 100. AMERICAN FUNDS BALANCE FD B | A | Dividend | J | T | | | | | |
| 101. ARTISAN FUNDS - SMALL CAP VALUE FD | A | Dividend | J | T | | | | | |
| 102. BLACKROCK GLOBAL ALLOC FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AMERICAN FUNDS CAPITAL WORLD G&I FD | A | Dividend | J | T | | | | | |
| 104. FIRST EAGLE GLOBAL FUND I | A | Dividend | J | T | | | | | |
| 105. AMERICAN FUNDS GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 106. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F1 | A | Dividend | J | T | | | | | |
| 107. HARTFORD MUTUAL FUNDS-HARTFORD MID-CAP FUND | A | Dividend | J | T | | | | | |
| 108. ING GLOBAL REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 109. IVY FUNDS INC - ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 110. JANUS INVESTMENT FUND-PERKINS MID CAP VALUE FD | A | Dividend | J | T | | | | | |
| 111. DAVIS NY VENTURE FUND INC CL Y | A | Dividend | J | T | | | | | |
| 112. PIMCO FDS PAC INVT MGMT SVCS TOTAL RETURN FD A | A | Dividend | K | T | | | | | |
| 113. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 114. PIONEER SER TR III CULLEN VALUE FD | A | Dividend | J | T | | | | | |
| 115. INVESCO GLOBAL CORE EQUITY FD A (formerly known as Van Kampe | A | Dividend | J | T | | | | | |
| 116. Global Franchise Fund B) | | | | | | | | | |
| 117. AIM SECTOR FDS INVESCO VAN KAMPEN COMSTOCK FD CL A (Formerly | A | Dividend | J | T | | | | | |
| 118. (formerly known as Van Kampen Comstock FD B) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. WHOLE LIFE INSURANCE POLICY: | | | | | | | | | |
| 120. NORTHWESTERN MUTUAL POLICY - CASH VALUE | A | Int./Div. | M | T | | | | | |
| 121. IRA ACCOUNT #2: | | | | | | | | | |
| 122. ARTISAN FUNDS, INC - ARTISAN SMALL CAP VALUE INVESTOR FD | A | Dividend | J | T | | | | | |
| 123. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 124. FIRST EAGLE FDS, INC - GLOBAL FUND CL 1 | A | Dividend | J | T | | | | | |
| 125. AMERICAN FUNDS - GROWTH FUND OF AMERICA F1 | A | Dividend | J | T | | | | | |
| 126. HARTFORD MUTUAL FDS INC - MIDCAP FUND | A | Dividend | J | T | | | | | |
| 127. ING GLOBAL REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 128. IVY FUNDS INC - ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 129. JANUS INVT FUND - PERKINS MID CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 130. DAVIS NY VENTURE FUND, INC - CL Y | A | Dividend | J | T | | | | | |
| 131. PIMCO FDS PAC INVT MGMT SERV - TOTAL RETURN FUND | A | Dividend | J | T | | | | | |
| 132. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 133. PIONEER SER TR III - CULLEN VALUE FD | A | Dividend | J | T | | | | | |
| 134. 401(K) PLAN: | | | | | | | | | |
| 135. AMERICAN FUNDS EURO PACIFIC GROWTH FD R6 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. AMERICAN FUNDS GROWTH FUND OF AMERICA R6 | A | Dividend | K | T | | | | | |
| 137. DREYFUS MID CAP INDEX FUND (Y) | | | | | | | | | |
| 138. FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 139. GOLDMAN SACHS LARGE CAP VALUE FUND INST. | A | Dividend | K | T | | | | | |
| 140. PIMCO TOTAL RETURN INST. | A | Dividend | K | T | | | | | |
| 141. T ROWE PRICE SMALL CAP STOCK FUND | A | Dividend | K | T | | | | | |
| 142. VANGUARD INSTL INDEX FD | A | Dividend | L | T | | | | | |
| 143. VANGUARD MID CAP INDEX INSTL FD (x) | A | Dividend | K | T | | | | | |
| 144. CASH ACCOUNTS: | | | | | | | | | |
| 145. M&T BANK ACCOUNT (x) | | None | J | T | | | | | |
| 146. BANK OF AMERICA ACCOUNT (x) | | None | J | T | | | | | |
| 147. WELLS FARGO BANK, N.A. - MORTGAGE ESCROW ACCOUNT (x) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS:

JUDGE HOLLANDER'S LAST REPORT WAS FILED AS OF APRIL, 2010 AS A NOMINEE FOR THE FEDERAL JUDICIARY. ACCORDINGLY, THIS IS HER FIRST ANNUAL REPORT.
ALL INVESTMENT TRANSACTIONS (SALES AND PURCHASES) WHICH OCCURED DURING THE PERIOD APRIL 2010 - DECEMBER 2010 HAVE NOT BEEN REPORTED. HOWEVER,
ALL INVESTMENTS THAT WERE REPORTED ON THE NOMINATION REPORT AND SUBSEQUENTLY SOLD PRIOR TO JANUARY 1, 2011 HAVE BEEN REPORTED WITH A PARENTHETICAL
"(Y)". IN ADDITION, ASSETS WHICH WERE INITIALLY PURCHASED BETWEEN THE INITIAL NOMINATION REPORT AND DECEMBER 31, 2010 HAVE BEEN REPORTED WITH A
PARENTHETICAL "(X)".

| Name of Person Reporting | Date of Report |
|---|---|
| 8HOLLANDER, ELLEN L. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELLEN L. 8HOLLANDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544